Buckstaff vs. Buckstaff.

## BUCKSTAFF vs. BUCKSTAFF.

*Nonsuit — Presumption.*

On appeal from a judgment of *nonsuit*, if the bill of exceptions does not purport to contain all the evidence, and there are no exceptions to the rulings of the court on the trial, this court must *presume* that the evidence was such as to sustain the nonsuit. *Greening v. Bishop*, 39 Wis., 552.

APPEAL from the Circuit Court for *Winnebago* County. The cause was submitted on the brief of *Jeff. Murdock* and *Henry Bailey* for the appellant, and that of *Felker & Cleveland* for the respondent.

LYON, J. Action for the alleged conversion by the defendant of a piano, the property of the plaintiff. The complaint is in the usual form. The answer is a general denial. After the plaintiff had put in her testimony and rested the case on her part, the circuit court granted a nonsuit, and judgment

for the defendant was duly perfected. The plaintiff appeals from such judgment.

The bill of exceptions does not purport to contain all the testimony, and there are no exceptions to the rulings of the court on the trial. On the authority of *Greening v. Bishop*, 39 Wis., 552, and other cases, we must presume that the evidence sustains the nonsuit.

*By the Court.* — Judgment affirmed.